**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02925-CMA
Criminal Action No. 08-cr-00089-CMA

UNITED STATES OF AMERICA,

v.

ARNOLD ZALER,

    Movant.

## ORDER TO ANSWER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney, on or before **December 4, 2012**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing § 2255 Proceedings.

DATED:  November __20__, 2012

                BY THE COURT:

                _/s/ Christine M. Arguello_
                CHRISTINE M. ARGUELLO
                United States District Judge