**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-02925-CMA
Criminal Action No. 08-cr-00089-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARNOLD ZALER,

    Defendant-Movant.

---

**ORDER REGARDING RESPONSE TO GOVERNMENT ANSWER**

---

In response to Defendant-Movant's Motion for Clarification (Doc. # 96), the Court ORDERS that If Defendant wishes to file a reply, he shall do so within 14 days of the filing date of the government's answer.

DATED: December __10__, 2012

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge