IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02925-RM
Criminal Action No. 08-cr-00089-RM

UNITED STATES OF AMERICA,

v.

ARNOLD ZALER,

    Defendant.
_____

**FINAL JUDGMENT**
_____

Pursuant to and in accordance with the Order Denying Relief Under 28 U.S.C. § 2255 entered by the Honorable Raymond P. Moore, U.S. District Judge, on July 11, 2013, the following Final Judgment is hereby entered:

It is ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 90) filed November 6, 2012, is DENIED. It is

FURTHER ORDERED that under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED. It is

FURTHER ORDERED that the corresponding civil action is closed.

Dated at Denver, Colorado this   11th   day of July, 2013.

                             FOR THE COURT:

                             JEFFREY P. COLWELL, CLERK


                             By: s/ Edward P. Butler
                                Edward P. Butler, Deputy Clerk